# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ESTATE OF WALTER JAJUGA,  )
ANTHONY SCIBELLI, EXECUTOR,  )
KRISTEN A. JAJUGA-MONTEITH,  )
VINCENT M. JAJUGA, AND ANTHONY  )
C. JAJUGA,  )
    Plaintiff(s)  )
      )
    v.  )    CIVIL ACTION NO. 3:10-cv-30016 -MAP
      )
THE PRUDENTIAL INSURANCE  )
COMPANY OF AMERICA,  )
    Defendant(s)  )

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

**JUDGMENT** entered for the defendant The Prudential Insurance Company of America, against the plaintiff's Estate of Walter Jajuga, Anthony Scibelli, Executor, et al., pursuant to the court's memorandum and order entered this date, granting the defendant's motion for summary judgment.

    **SARAH A. THORNTON**,
    CLERK OF COURT

Dated: March 1, 2011    By /s/ *Maurice G. Lindsay*
    Maurice G. Lindsay
    Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)    [jgm.]